MALVINA COOPER v. MORRIS E. GOSSETT.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS C. PARTOS.— Motion for reargument denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

PATRICK BRADY v. 1767 BROADWAY COMPANY, INC., Impleaded with WHELAN DRUG COMPANY, INC., and Others.— Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES v. ARMIN MANHEIM.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Petition of FRANKLIN MOTT GUNTHER, as One of the Legatees and Remaindermen, etc., of EVA N. BICKERTON, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained Therein — JOSEPH BICKERTON, JR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY KROGER and Others, v. HUGO JABURG, JR., Also Known as HUGO F. JABURG and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATHAN BURKAN v. GEORGE LEARY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of BESSIE LEHMAN and Others, as Executors, etc., of MITCHELL LEHMAN, Deceased.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.